# United States Savings & Loan Co.. et als. v. Wood.

APPEAL from City Court of Birmingham, in Equity.
Heard before the Hon. H. A. SHARPE.

WHITE & HOWZE, for appellants.

SAM WILL JOHN, for appellee.

The decree in this case is affirmed on the authority of
Lindsay v. United States Savings & Loan Co., ante, p. 156.

Opinion by BRICKELL, C. J.

---

# Central of Georgia Railway Co. v. Tarver.

|120b 661|
|124 447|

APPEAL from Circuit Court of Russell.
Tried before the Hon. N. D. DENSON.

G. L. COMER, for appellant.

BOYKIN & BENTON, for appellee.

This was an action brought by the appellee against the appellant, to recover damages for the killing of a mule, the property of the plaintiff, which was alleged to have been killed by reason of the negligence of the defendant's employes. The appeal is from a judgment in favor of the plaintiff. There were but two propositions announced in the opinion of the court. The first was, that upon the plaintiff proving that the mule belonged to him and its value, and that it had been killed by the defendant's train, there was made out a case of prima facie liability on the part of the defendant. Second, that where there was conflict in the evidence as to whether or not the engineer running the train could have discovered the mule in time to have averted the accident, the court properly refuses to give the general affirmative charge requested by the defendant.
Judgment affirmed.

Opinion by HARALSON, J.